1  Kevin J. McInerney, Esq. (46941)
   kevin@mcinerneylaw.net
2  Kelly McInerney, Esq. (200017)
   kelly@mcinerneylaw.net
3  Charles A. Jones, Esq. (224915)
   caj@mcinerneylaw.net
4  MCINERNEY & JONES
   18124 Wedge Parkway #503
5  Reno, NV 89511
   Telephone:    (775) 849-3811
6  Facsimile:    (775) 849-3866
7

8  James F. Clapp, Esq. (145814)
   jclapp@sdlaw.com
9  Zachariah P. Dostart, Esq. (255071)
   zdostart@sdlaw.com
10 DOSTART CLAPP & COVENEY, LLP
   4370 La Jolla Village Drive, Suite 970
11 San Diego, CA 92122
   Telephone:    (858) 623-4200
12 Facsimile:    (858) 623-4299
13

   *Attorneys for Plaintiff*
14

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18 GILBERT J. JACOBS,                 | Civil Case No. 3:10-cv-02511 EMC

19         Plaintiff,

20    v.                             | STIPULATION AND [PROPOSED]
                                      | ORDER OF DISMISSAL
21 WELLS FARGO BANK, N.A.,

22         Defendant.

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2    designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3    pursuant to FRCP 41(a)(1).

4

5

6    Dated: May 23, 2012                                    /s/  Kevin J. McInerney
                                                            Kevin J. McInerney
7                                                           *Attorney for Plaintiff*

8
     Dated: May 23, 2012                                    /s/  Lindbergh Porter, Jr.
9                                                           Lindbergh Porter, Jr.
                                                            *Attorney for Defendant*
10

11   IT IS SO ORDERED.

12

13   _____

14   Honorable Edward M. Chen
     United States District Court

15

16

17

18

19

20



21

22

23

24

25

26

27

28

_____

                                    2                    STIPULATION OF DISMISSAL

**PROOF OF SERVICE**
*Gilbert J. Jacobs v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
**Case No. 3:10-cv-02511 EMC**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On May 23, 2012, I served the foregoing document(s) described as:

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Zachariah P. Dostart, Esq. |
| rrahm@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone:   (415) 433-1940 | Telephone:   (858) 623-4200 |
| Facsimile:   (415) 399-8490 | Facsimile:   (858) 623-4299 |

<u>XX</u>  By CM/ECF.  I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on May 23, 2012 at Reno, Nevada.

_____
Jennifer Smith

PROOF OF SERVICE