```
 1  Kevin J. McInerney, Esq. (46941)
    kevin@mcinerneylaw.net
 2  Kelly McInerney, Esq. (200017)
    kelly@mcinerneylaw.net
 3  Charles A. Jones, Esq. (224915)
    caj@mcinerneylaw.net
 4  MCINERNEY & JONES
 5  18124 Wedge Parkway #503
    Reno, NV 89511
 6  Telephone:   (775) 849-3811
    Facsimile:   (775) 849-3866
 7
 8  James F. Clapp, Esq. (145814)
    jclapp@sdlaw.com
 9  Zachariah P. Dostart, Esq. (255071)
    zdostart@sdlaw.com
10  DOSTART CLAPP & COVENEY, LLP
    4370 La Jolla Village Drive, Suite 970
11  San Diego, CA 92122
12  Telephone:   (858) 623-4200
    Facsimile:   (858) 623-4299
13
    Attorneys for Plaintiff
14
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| GILBERT J. JACOBS, | Civil Case No. 3:10-cv-02511 EMC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED]** **ORDER OF DISMISSAL** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

1    STIPULATION OF DISMISSAL

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3   pursuant to FRCP 41(a)(1).

Dated: May 23, 2012                              /s/  Kevin J. McInerney
                                                 Kevin J. McInerney
                                                 *Attorney for Plaintiff*

Dated: May 23, 2012                              /s/  Lindbergh Porter, Jr.
                                                 Lindbergh Porter, Jr.
                                                 *Attorney for Defendant*

IT IS SO ORDERED.

_____
Honorable Edward M. Chen
United States District Court Judge



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**
*Gilbert J. Jacobs v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
Case No. 3:10-cv-02511 EMC

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On May 23, 2012, I served the foregoing document(s) described as:

      STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq.<br>lporter@littler.com<br>Richard H. Rahm, Esq.<br>rrahm@littler.com<br>LITTLER MENDELSON, PC<br>650 California St., 22nd Floor<br>San Francisco, CA 94108<br>Telephone:   (415) 433-1940<br>Facsimile:   (415) 399-8490 | James F. Clapp, Esq.<br>jclapp@sdlaw.com<br>Zachariah P. Dostart, Esq.<br>zdostart@sdlaw.com<br>DOSTART CLAPP & COVENEY, LLP<br>4370 La Jolla Village Drive, Suite 970<br>San Diego, CA 92122<br>Telephone:   (858) 623-4200<br>Facsimile:   (858) 623-4299 |

<u>XX</u>  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on May 23, 2012 at Reno, Nevada.

                                                          /s/ Jennifer Smith
                                                          Jennifer Smith